**Order filed, February 6, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas

———————————

## NO. 01-18-00093-CV

### DAVID H. HAMILTON, TRUSTEE OF T. H. TRUST, Appellant

### V.

### ROBERT G. PATE; JUDY K.. PATE, Appellee

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case 17-DCV-243655**

---

## ORDER

The reporter's record in this case was due January 5, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days of** the date of this order.

PER CURIAM